Anne K. Edwards (SBN 110424)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, California 90071
Telephone:   213-358-7200
Facsimile:   213-358-7300
Emails: *aedwards@sgrlaw.com*

Peter Silverman (Pro Hac Vice)
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone:   (312) 264-1004
Facsimile:   (312) 264-2624
Email: *psilverman@sgrlaw.com*

Attorneys for Plaintiff
COSTAMP GROUP S.r.l.

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| COSTAMP GROUP S.r.l., a foreign corporation, as assignee of Vantage Cast Europe, S.r.l.,<br><br>              Plaintiff,<br><br>    vs.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC., a Delaware corporation, FARADAY&FUTURE INC., a California corporation,<br><br>           Defendants. | Case No.  2:25-cv-04531-SB-MBK<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>1.    **BREACH OF CONTRACT**<br>2.    **ACCOUNT STATED**<br>3.    **QUANTUM MERUIT AND RESTITUTION** |

SGR/80628540.2

COMES NOW Plaintiff Costamp Group S.r.l. by and through its attorneys, and alleges as follows:

### JURISDICTION AND VENUE

1.     This Court has original jurisdiction of this action under 28 U.S.C. §1332(a), because this is a civil action between citizens of foreign State (Italy) and citizens of a State (California), where the matter in controversy exceeds $75,000, exclusive of costs and interests.

2.     Venue is proper in this judicial district under 28 U.S.C. §1391(a), because the defendants reside in the County of Los Angeles, State of California.

### PARTIES

3.     Plaintiff Costamp Group S.r.l. ("Costamp") is a corporation organized under the laws of Italy with its principal place of business in Lecco, Italy. Costamp is the assignee of Vantage Cast Europe S.r.l. ("Vantage"), organized under the laws of Italy with its principal place of business in Degli Angeli, Italy, with respect to a debt owed by defendant in the amount of €2,790,272.07, pursuant to an assignment agreement dated February 20, 2025, attached hereto as Exhibit 1.

4.     Defendant Faraday Future Intelligent Electric Inc. ("Faraday Future") was at all times relevant hereto a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Los Angeles, California. It is listed on the NASDAQ under the ticker "FFIE."

5.     Defendant Faraday&Future Inc. ("Faraday" and collectively with "Faraday Future" referred to herein as "Defendants") was at all times relevant hereto a corporation organized and existing under the laws of the state of California with its principal place of business in Gardena, California. Upon information and belief, Faraday is a subsidiary of Faraday Future.

### VENUE

6.     Defendants at all times mentioned in this complaint have been doing business in California, and authorized to do business in California, with their principal

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

SGR/80628540.2

place of business in the County of Los Angeles, in the State of California.

## GENERAL ALLEGATIONS

7.    Defendants manufacture electric vehicles.

8.    In or about March 2022, "Faraday Future" contracted with Vantage to supply automotive component parts pursuant to Defendants' unique specifications.

9.    In or about May 2022, Vantage, in reliance on Vantage's contract with Faraday Future, and as known to and accepted by Defendants without objection, contracted with Costamp Group S.p.A. ("Costamp Group," a subsidiary of Plaintiff) to supply automotive component parts to Vantage pursuant to Defendants' unique specifications. The Defendants knowingly accepted the benefits of Costamp's supply of unique automotive components.

10.    Vantage and Costamp Group fully complied with their obligations in specially manufacturing automotive component parts pursuant to Defendants' unique specifications.

11.    Faraday Future sent purchase orders to Vantage for the automotive component parts specially manufactured by Costamp Group for Vantage for the benefit of Defendants and fully complied with the applicable terms and conditions. The purchase orders are attached hereto as Exhibit 2.

12.    Vantage sent purchase orders to Costamp Group for the automotive component parts specially manufactured by Vantage for Defendants and fully complied with the applicable terms and conditions. The purchase orders are attached hereto as Exhibit 3.

13.    The automotive components ordered by Faraday Future, pursuant to Defendants' unique specifications were specially manufactured by Vantage (and Costamp Group) in reliance on Defendants' commitment to pay the contracted price.

14.    Vantage sent Defendant Faraday the invoices for the specially manufactured automotive components, as specifically requested by Faraday Future, which are attached hereto as Exhibit 4. Defendants accepted and paid for their initial

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

orders.

15.    Defendants have since refused without justification to accept delivery of the specially manufactured automotive components contracted for by Faraday Future and produced pursuant to Faraday Future's unique specifications.

16.    Defendants have admitted that Faraday Future is obligated to pay for the specially manufactured automotive components that have been produced by Vantage (and Costamp Group) pursuant to Defendants' unique specifications that Defendants wrongfully refuse to accept. However, Defendants have refused to pay what is owed, despite repeated requests, because of alleged "cash flow constraints."

17.    Upon information and belief, Faraday Future has raised substantial funds and has the ability to pay what it owes, but it remains unwilling to do so. Instead, Faraday Future has now advised Plaintiff that Faraday Future allegedly has no contractual relationship with Plaintiff, that on the contrary, the contract is purportedly only between Plaintiff and Faraday Future's subsidiary, Faraday. Faraday contends that it has insufficient assets to pay its debts. Thus, it appears that Faraday Future is seeking to improperly insulate itself from responsibility for a debt that is admittedly owed by Faraday Future, seeking to pawn off its responsibility to an allegedly undercapitalized subsidiary.

18.    At all times in doing business with "Faraday Future", and based upon Faraday Future's pervasive control of Faraday, Plaintiff has reasonably believed that its contractual relationship was with Faraday Future or that Faraday Future through its pervasive control over Faraday has become the alter ego of Faraday such that the separate personalities of the two entities no longer exist. While the invoices were sent by Vantage to Faraday for payment, it was based upon the request of Faraday Future. Plaintiff is otherwise informed and believes that the contract was with Faraday Future, including all negotiations and performance, and settlement negotiations over collections.

19.    The automotive components specially manufactured for Defendants are

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

SGR/80628540.2

1  not suitable for sale to others in the normal course of Vantage's or Costamp Group's

2  business.

3     20.    Defendants owed Vantage €2,790,272.07 for automotive components

4  specially manufactured for Defendants pursuant to Defendant's unique specifications.

5     21.    Because Defendants refused to pay Vantage what they owe, Vantage has

6  not paid Costamp Group for the automotive components specially manufactured by

7  Costamp.

8     22.    Vantage and Costamp entered into an agreement, Exhibit 1 hereto, which

9  includes an assignment to Costamp of the debt owed by Defendant Faraday Future to

10  Vantage for specially manufactured automotive components for the purpose of

11  collecting the debt.

12  ### FIRST CAUSE OF ACTION

13  ### (Breach of Contract)

14     23.    Costamp realleges and incorporates by reference, as though fully set

15  forth herein, each and every preceding paragraph alleged in this Complaint.

16     24.    Defendants contracted with Vantage to supply specially manufactured

17  automobile components pursuant to Defendants' unique specifications.

18     25.    Vantage fully performed under its contract with Defendants and

19  specially manufactured automobile components for Defendants that are not suitable

20  for sale to other customers.

21     26.    Defendants refuse to accept or pay for the specially manufactured

22  automobile components, in breach of their contract.

23     27.    Costamp, as Vantage's assignee, has been damaged by Defendants'

24  breach of contract and failure to pay for specially manufactured components in the

25  amount of €2,790,272.07.

26  ### SECOND CAUSE OF ACTION

27  ### (Account Stated)

28     28.    Costamp realleges and incorporates by reference, as though fully set

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

5

SGR/80628540.2

forth herein, each and every preceding paragraph alleged in this Complaint.

29.    Faraday Future sent purchase orders to Vantage for the manufacture of specially manufactured components.

30.    Vantage manufactured the components pursuant to Faraday Future's unique specifications and demanded payment from Defendants.

31.    Faraday Future admitted the amount demanded, €2,790,272.07, was due and owing, and promised to pay its debt.

32.    Costamp, as assignee, is entitled to be paid on the account stated of €2,790,272.07.

## THIRD CAUSE OF ACTION

### In the Alternative

### (Quantum Meruit and Restitution)

33.    Costamp realleges and incorporates by reference, as though fully set forth herein, each and every preceding paragraph alleged in this Complaint.

34.    In the alternative, if Vantage's contract with Faraday Future is found not to entitle Costamp to relief, Costamp, as assignee, is entitled to the reasonable value of Vantage's manufacture of specially manufactured components.

35.    Defendants knowingly caused Vantage to specially manufacture the components to Faraday Future's unique specifications and the components are not suitable for sale to another customer.

36.    Defendants understood that Vantage expected to be paid for the specially manufactured components.

37.    It would be unjust for Defendants to receive the benefit of Vantage specially manufacturing components pursuant to Faraday Future's unique specifications without payment for the reasonable value of the components.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Costamp Group S.r.l. prays for a judgement against Defendants, jointly and severally, as follows:

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

1.      For damages according to proof at trial in an amount in excess of €2,790,272.07.

2.      For pre-judgment interest thereon at the legal rate per anum.

3.      For damages in an amount to be proven at trial for any and all costs suffered by Vantage as a consequence of Defendants' failure to pay for the specially manufactured components.

4.      For costs of suit and fees herein, attorney's fees, and for such other and further relief as the Court may deem just and proper.


DATED: July 17, 2025                    SMITH, GAMBRELL & RUSSELL, LLP


                                        By: _____/s/  Anne K. Edwards_____
                                                Anne K. Edwards
                                                Peter Silverman
                                                Attorneys for Plaintiff
                                                COSTAMP GROUP S.r.l.

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

SGR/80628540.2

# EXHIBIT 1

## PRIVATE DEED
### FRAMEWORK AGREEMENT FOR THE TRANSFER OF RECEIVABLES
= = =

BETWEEN:
- **VANTAGE CAST EUROPE S.R.L.,** with registered office at Via Torquato Tasso 109, 24121 Bergamo, Tax Code 04392060168 (hereinafter also referred to simply as the "Assignor");
  and
- **CO.STAMP S.R.L.,** with registered office at Via Verdi, 6, 23844 Sirone (LC) (hereinafter also referred to simply as the "Assignee");
  hereinafter collectively referred to, for the sake of brevity, as the "Parties."

### WHEREAS:
- Vantage Cast Europe S.r.l. is the holder of a receivable **claimed against Faraday Future** by virtue of invoices, as set out in Annex A to this agreement, amounting as of today to a total of **€2,790,272.07** (two million seven hundred and ninety thousand two hundred seventy-two/07), plus interest and ancillary charges;
- The Assignor intends to assign the aforementioned receivable to Co.Stamp S.r.l.;
- Co.Stamp S.r.l. intends to purchase the receivable from Vantage Cast Europe S.r.l. **on a pro solvendo basis.**

## NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:
### Article 1 – Validity of the Recitals and Annexes
The recitals and annexes form an integral and substantial part of this agreement for all legal purposes.
### Article 2 – Subject Matter of the Agreement
**2.1.** By this agreement, the Assignor assigns, on a **pro solvendo basis**, to the Assignee, who accepts and acquires, the receivable referred to in the recitals.
**2.2.** The assignment of the receivable shall be deemed to include the principal, costs, and ancillary charges, under the terms, conditions, and consideration set forth below.
**2.3.** The Assignee undertakes to pay the Assignor the consideration mutually agreed upon in the amount of **€1,000,000.00** (one million/00); the Assignor and the Assignee specify that this consideration has been determined taking into account the actual recoverability of the receivable in question. The Assignor further declares that the ownership of the **molds** subject to the supply from **Costamp Group S.p.A.** shall follow the ownership of the debt and shall therefore remain the property of the Assignee.
**2.4.** The payment of the assignment consideration shall be made as follows:
- **€682,016.00** (six hundred eighty-two thousand sixteen/00), plus interest of **€44,855.83** (forty-four thousand eight hundred fifty-five/83), by offsetting against debts owed to **Costamp Group S.p.A.**
- **€273,128.17** (two hundred seventy-three thousand one hundred twenty-eight/17) by bank transfer upon completion of the debt recovery operation.

### Article 3 – Documentary Evidence of the Receivable
The Parties mutually acknowledge that the Assignor has delivered to the Assignee the constitutive and evidentiary documents of the receivable, necessary for its collection. In any case, the Assignor undertakes to sign any act, letter, and/or document necessary or useful to enable the Assignee to collect the assigned receivable, including principal, interest, and ancillary charges.
### Article 4 – Notification of the Assignment to the Debtor
The Assignor undertakes to notify the assigned debtor of the assignment at its own expense and to cooperate with the Assignee to ensure that the debtor is effectively made aware of the essential and constitutive elements of the assignment.
### Article 5 – Rights and Obligations of the Assignor
**5.1.** The Assignor acknowledges that, by signing this agreement, it loses all entitlement to the



1

its annexes, through their respective duly authorized representatives, in two original copies.
Executed in Sirone, on 20/02/2025

**VANTAGE CAST S.R.L.**                                    **CO.STAMP S.R.L.**

VANTAGE CAST EUROPE S.R.L.
Via Sicilia, 8
24060 Carobbio D.A. (BG)

# EXHIBIT 2



## Faraday Future

18455 S Figueroa St, Gardena, CA 90248

| | |
|---|---|
| Purchase Order (PO) # | : 4100000644 |
| Purchase Order Date | : Mar 17, 2022 |
| PO REVISION Date | : Mar 22, 2022 |
| Supplier Quote | : |
| Payment Terms | : Net due in 30 days |
| INCO Terms | : N/A |
| Named Place of Delivery: | |
| Carrier Info. | : |
| Cost Center or COGS | : Body Structure |

| Ship From (Origin) | FF Contact Info | Bill To |
|---|---|---|
| Supplier Name : Vantage Cast Europe Srl | FF Buyer : Andrew Paulsen | Faraday & Future Inc. E-mail all invoices to: invoicing@ff.com or mail to: Attn: A/P 18455 S Figueroa St Gardena, CA 90248 USA |
| Supplier Address : Via Torquato Tasso 109 , Bergamo , , 24121 , I | FF Buyer E-mail : andrew.paulsen@ff.com | |
| Supplier Contact : | FF Requestor : CAMEZCUA | |
| Supplier Phone : | | |
| Supplier E-mail : | | |
| Supplier ID Code : 1003633 | | |
| Supplier Ship from ID Code : 1003633 ( Vantage Cast Europe Srl ) | | |

Description: Supplier: Vantage High Pressure Die Cast Tooling  Torque Box Frt RH/LH Torque Box Rear RH/LH Shock Tower LH/RH Hinge Pilar LH/RH C-Pilar LH/RH Rear Charge Port LH/RH  Ship To: Vantage: Hanford Link: N/A Total Amount: 5,648,000 EUR Payment Terms: 30% at order, 50% at ppap delivery, 20% at SOP (not later than 2 months from ppap) Remainder after first parts - Calendarization:  1,694,400.00 EUR March   *FF: Faraday Future

| Item # | FF Part # | Rev # | Mfg. Name | Manufacter Part # | Model # | Description | Qty | UoM | Due Date | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | | | | | | HDPC TOOLING P-01342538 REINF C-PILAR RH | 1 | EA | Aug 25, 2022 | 441,000.00 EUR | 441,000.00 EUR |
| 00020 | | | | | | HDPC TOOLING P-01543259 REAR CHRG PRT LH | 1 | EA | Aug 25, 2022 | 202,000.00 EUR | 202,000.00 EUR |

| 00030 | | | | | HDPC TOOLING P-00437877 SHOCK TOWER LH | 1 | EA | Aug 25, 2022 | 460,000.00 EUR | 460,000.00 EUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 00040 | | | | | HDPC TOOLING P-00290492 TRQ BOX FR LH | 1 | EA | Aug 25, 2022 | 610,000.00 EUR | 610,000.00 EUR |
| 00050 | | | | | HDPC TOOLING P-00290510 TRQ BOX RR RH | 1 | EA | Aug 25, 2022 | 670,000.00 EUR | 670,000.00 EUR |
| 00060 | | | | | HDPC TOOLING P-01342537 REINF C-PILAR LH | 1 | EA | Aug 25, 2022 | 441,000.00 EUR | 441,000.00 EUR |
| 00070 | | | | | HDPC TOOLING P-01543258 REAR CHRG PRT RH | 1 | EA | Aug 25, 2022 | 202,000.00 EUR | 202,000.00 EUR |
| 00080 | | | | | HDPC TOOLING P-00437876 SHOCK TOWER RH | 1 | EA | Aug 25, 2022 | 460,000.00 EUR | 460,000.00 EUR |
| 00090 | | | | | HDPC TOOLING P-00290533 TRQ BOX FR RH | 1 | EA | Aug 25, 2022 | 610,000.00 EUR | 610,000.00 EUR |
| 00100 | | | | | HDPC TOOLING P-00290511 TRQ BOX RR LH | 1 | EA | Aug 25, 2022 | 670,000.00 EUR | 670,000.00 EUR |
| 00110 | | | | | HDPC TOOLING P-00290238 HINGE PILAR LH | 1 | EA | Aug 25, 2022 | 441,000.00 EUR | 441,000.00 EUR |
| 00120 | | | | | HDPC TOOLING P-00290328 HINGE PILAR RH | 1 | EA | Aug 25, 2022 | 441,000.00 EUR | 441,000.00 EUR |

**Total Value :    5,648,000.00 EUR**

Item:10, 20, 30, 40, 50, 60, 70, 80, 90, 100, 110, 120

**Ship To Location is:**
Hanford Manufacturing Plant

10701 Idaho Ave , Hanford ,

California , 93230 , USA



# INVOICE AND PAYMENT INSTRUCTIONS

TO ENSURE TIMELY PAYMENT, SUPPLIERS ARE REQUIRED TO COMPLY WITH THE FOLLOWING INSTRUCTIONS:

### 1. INVOICE SUBMISSION

Via email: invoicing@ff.com
Faraday Future strongly encourages the use of electronic invoices and credit notes. These documents are received immediately for processing.

Via regular mail: 18455 S Figueroa Street, Gardena, CA 90248, Attn: Accounts Payable
Please note regular mail submissions may cause delays.

Correspondence submitted via the methods listed above are the only methods honored for payment processing.

### 2. PURCHASE ORDER NUMBER

Suppliers must have received an official Purchase Order before providing goods or delivering services to Faraday Future. If a Purchase Order has not been provided to you for execution of services or supply of goods, please contact a Purchasing Specialist immediately.

Each invoice must accurately indicate the Purchase Order number to which it refers and must match the cost, part number and/or item description.

NON-OBSERVATION AND NON-COMPLIANCE WITH THE PROVISIONS UNDER SECTION 1 AND 2 ABOVE WILL RESULT IN A RETURN OF YOUR INVOICE AND A DELAY IN PAYMENT, WHICH DELAY SHALL BE EXEMPTED FROM THE DETERMININATION OF TIMELY PAYMENT PURSUANT TO THE PURCHASE ORDER.

### 3. BANK ACCOUNT AUTHENTICATION

Faraday Future recommends always mentioning your accurate bank account data on your invoices. If wiring instructions are not included in the invoice, please submit complete wiring instructions (including beneficiary account name, beneficiary account number, bank routing number and address). Please be mindful to include any additional information specific to your country's processing needs.

### 4. FF INVOICING & SUPPLIER INQUIRIES

If you require any further information or support, please do not hesitate to contact us at:
Email: invoicing@ff.com          Telephone: 424 295-2651
A representative will be in contact within 48 hours.



# P.O. TERMS

1.  **Applicability.** The purchase order ("P.O.") together with these terms and conditions, which are attached to or hyperlinked from the P.O., collectively constitute a binding agreement (these "P.O. Terms") between Buyer and Seller (and apply to all purchases of products ("Products") and services ("Services") and together with the Products, "Ordered Items") by Buyer from Seller, a) unless the Buyer and Seller already have a mutually executed written agreement covering the Ordered Items; or 2) until the Buyer and Seller enter into a mutually executed written Engineering Services Agreement, Production Terms and Conditions, or other written agreement covering the Ordered Items. Forecasts, to the extent any are provided by Buyer, are strictly non-binding on Buyer and may not be relied upon by Supplier. In the event of any conflict between these P.O. Terms and any other document or instrument submitted by Seller, these P.O. Terms will govern. These P.O. Terms will be deemed accepted by Seller unless Seller expressly rejects the P.O. within three (3) days of issuance. Buyer expressly limits acceptance of these P.O. Terms to the terms stated herein and does not automatically accept any alterations or modifications hereto. Any additional, different, or inconsistent terms or conditions contained in any form, acknowledgment, acceptance, or confirmation used by Seller in connection with the implementation of the P.O. are hereby objected to and rejected by Buyer; provided, however, that such proposal does not operate as a rejection of these P.O. Terms and these P.O. Terms shall be deemed accepted by the Seller without any additional, different or inconsistent terms.

2.  **Shipment and Delivery.** All Products must be shipped in accordance with good distribution practices and the instructions on the P.O. or any other instructions provided by Seller. Expenses incurred due to failure to comply with these terms are the responsibility of Seller. Time is of the essence. Unless otherwise provided in the P.O., delivery terms are DDP Buyer's location designated on the face of the P.O. Title to and all risk of loss or damage to Products remains with Seller until receipt and acceptance by Buyer of conforming Products at the required destination in accordance with these P.O. Terms. Buyer may cancel any order if delivery is not made on time or if notice is given that a delivery is expected to be late. Buyer may reject any delivery or cancel all or any part of any P.O. if Seller fails to make delivery in conformity with the terms and conditions of these P.O. Terms including, without limitation, any failure of Products to conform to the specifications ("Specifications") and performance criteria provided by Seller for Products. Buyer may make changes in the scope or quantity of Ordered Items in which event an equitable adjustment will be made to any price, time of performance, and other provision of this P.O., where appropriate.

3.  **Prices; Payment.** Prices and payment terms for all Ordered Items will be as stated in the P.O., and separately state all charges for packing, hauling, storage and transportation to point of delivery and all applicable federal, state, provincial and local taxes (including sales and use taxes). If Buyer advances any funds prior to delivery or performance of any Ordered Items, Buyer will immediately refund such advances if such Ordered Items are not delivered or performed in accordance herewith.

4.  **Inspection/Testing.** Payment for the Ordered Items does not constitute acceptance thereof. Buyer has the right to inspect within a reasonable period of time all Ordered Items and to reject any or all Ordered Items that are in Buyer's judgment defective or nonconforming.

5.  **Confidentiality.** Any specifications, drawings, sketches, models, samples, tools, technical information, methods, processes, techniques, shop practices, plans, know-how, trade secrets, or data, written, oral or otherwise, furnished to Seller under, or in contemplation of, these P.O. Terms (collectively, the "Confidential Information"), remain Buyer's property. All copies of such Confidential Information, in written, graphic or other tangible form, must be immediately returned to Buyer upon its request and otherwise upon cancellation, termination or completion of this P.O.. The Confidential Information shall be kept confidential by Seller, shall be used only in the fulfillment of P.O.s, or in performing Seller's obligations under these P.O. Terms, and may not be disclosed or used for any other purpose without Buyer's express written consent.

6.  **Proprietary Rights.**

(a)     Ownership. Each party retains exclusive ownership of its rights in and to copyrights, trade secrets, trademarks (and related goodwill), mask works, patents, and other intellectual property rights therein and other similar designations arising in any jurisdiction throughout the world and all related rights of priority under international conventions with respect thereto, including all pending and future applications and registrations therefor, and continuations, divisions, continuations-in-part, reissues, extensions, and renewals thereof (collectively, "IP Rights"); provided that Seller hereby irrevocably assigns to Buyer all of Seller's right, title and interest in and to all IP Rights developed with respect to, or for incorporation into, the Ordered Items, that are either developed by Buyer alone, by Buyer and Seller jointly or by Seller alone in connection with these P.O. Terms ("Foreground IP Rights"). Any generic Products offered by Seller that do not include any Buyer IP Rights and that have not otherwise been customized or developed at the request of or uniquely for Buyer are considered to be part of Seller's IP Rights. Seller shall only use the Foreground IP Rights to produce and supply Products to and perform the Services for Buyer and its affiliates. Seller shall ensure that all Seller's affiliates and each of their respective personnel, officers, directors, partners, shareholders, attorneys, third-party advisors, successors and permitted assigns are bound by this section. Seller grants to Buyer and its affiliates an irrevocable, non-exclusive, worldwide, perpetual, royalty-free license, with the right to grant sublicenses, to use Seller's IP Rights and any third-party IP Rights included in the Ordered Items to produce, procure use, sell and to obtain, from alternate sources, products and services similar to the Ordered Items.

(b)     Prohibited Acts. Neither party shall (i) take any action that may interfere with the other Party's IP Rights; (ii) challenge any right, title or interest of the other party in such other party's IP Rights; (iii) make any claim or take any action adverse to such other party's ownership of its IP Rights; (iv) register or apply for registrations, anywhere in the world, the other party's trademarks or any other trademark that is similar to such other party's trademarks or that incorporates such trademarks in whole or in confusingly similar part; (v) use any mark, anywhere, that is confusingly similar to the other party's trademarks; (vi) misappropriate any of the other party's trademarks for use as a domain name without such other party's prior written consent; or (vii) alter, obscure or remove any of the other party's trademarks or trademark or copyright notices or any other proprietary rights notices placed on the Products purchased under these P.O. Terms, marketing materials or other materials.

7.      **Warranties.** Seller represents and warrants that: (a) all Ordered Items and Seller's performance under these P.O. Terms will (i) conform to these P.O. Terms and all applicable drawings, specifications, descriptions, and samples furnished to or supplied by the Seller, (ii) be merchantable and free from defects in design, material, and workmanship, and (iii) be fit and safe for their intended purposes; (b) all Ordered Items (including packaging, labeling and documentation) are free from all liens and encumbrances and do not infringe upon or violate any intellectual property, right of privacy or other proprietary or property right of any third party; (c) it has the right to grant Buyer a license to any software embedded or incorporated into any Ordered Items; (d) all Services will be performed in a workmanlike manner; (e) Seller has and will maintain in effect licenses, permissions, authorizations, consents and permits needed to carry out its obligations under these P.O. Terms; (f) it has complied and shall comply with all laws applicable to its performance under these P.O. Terms; and (g) all Ordered Items shall be manufactured, labeled, shipped, stored and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders and industry standards, including but not limited to, all applicable anti-bribery and anti-corruption legislation including, but not limited to the U.S. Foreign Corrupt Practices Act of 1977, and all applicable export control, customs and foreign trade regulations, export list numbers, including the Export Control Classification Number according to the U.S. Commerce Control List (ECCN), along with any and all regulations, amendments and standards promulgated or adopted under any of the foregoing.

8.      **Termination.** The term of these P.O. Terms begins upon Seller's acceptance and continues until Buyer's acceptance of the Ordered Items subject to the terms that survive termination of these P.O. Terms. Buyer may terminate these P.O. Terms in whole or in part upon written notice to Seller.

9.      **Indemnity.** Seller shall defend, indemnify and hold harmless Buyer, its affiliates, officers, employees and agents, as well as all users of the Ordered Items, against all claims, damages, liability, losses,

# Faraday Future

18455 S Figueroa St, Gardena, CA 90248

| | | |
|---|---|---|
| Purchase Order (PO) # | : | 4100000922 |
| Purchase Order Date | : | Nov 20, 2023 |
| PO REVISION Date | : | Nov 28, 2023 |
| Supplier Quote | : | |
| Payment Terms | : | Pay immediately w/o deduction |
| INCO Terms | : | FOB |
| Named Place of Delivery: | | Vantage Cast Europe |
| Carrier Info. | : | Refer to attached routing guide |
| Cost Center or COGS | : | |

4100000922

| Ship From (Origin) | | | FF Contact Info | | | Bill To |
|---|---|---|---|---|---|---|
| Supplier Name | : | Vantage Cast Europe Srl | FF Buyer | : | Devonn Ford | Faraday & Future Inc. |
| Supplier Address | : | Via Torquato Tasso 109 , Bergamo , , 24121 , I | FF Buyer E-mail | : | devonn.ford@ff.com | E-mail all invoices to: invoicing@ff.com or mail to: |
| Supplier Contact | : | | FF Requestor | : | CCORTES | Attn: A/P |
| Supplier Phone | : | | | | | 18455 S Figueroa St |
| Supplier E-mail | : | | | | | Gardena, CA |
| Supplier ID Code | : | 1003633 | | | | 90248 |
| Supplier Ship from ID Code : | | 1003633 ( Vantage Cast Europe Srl ) | | | | USA |

For increases of steel material for all the High Pressure Die Casting from Vantage tools from January 2022 to steel order in July 2022 Increase.

*FF: Faraday Future

| Item # | FF Part # | Rev # | Mfg. Name | Manufacter Part # | Model # | Description | Qty | UoM | Due Date | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00010 | | | | | | VANTAGE HPDC MATERIAL STEEL INCREASE | 1 | EA | Jun 5, 2023 | 1,480,000.00 EUR | 1,480,000.00 EUR |

**Total Value :**   **1,480,000.00 EUR**

**Item:10**

**Ship To Location is:**
Hanford Manufacturing Plant
10701 Idaho Ave , Hanford ,
California , 93230 , USA

# INVOICE AND PAYMENT INSTRUCTIONS

TO ENSURE TIMELY PAYMENT, SUPPLIERS ARE REQUIRED TO COMPLY WITH THE FOLLOWING INSTRUCTIONS:

### 1. INVOICE SUBMISSION

Via email: invoicing@ff.com
Faraday Future strongly encourages the use of electronic invoices and credit notes. These documents are received immediately for processing.

Via regular mail: 18455 S Figueroa Street, Gardena, CA 90248, Attn: Accounts Payable
Please note regular mail submissions may cause delays.

Correspondence submitted via the methods listed above are the only methods honored for payment processing.

### 2. PURCHASE ORDER NUMBER

Suppliers must have received an official Purchase Order before providing goods or delivering services to Faraday Future. If a Purchase Order has not been provided to you for execution of services or supply of goods, please contact a Purchasing Specialist immediately.

Each invoice must accurately indicate the Purchase Order number to which it refers and must match the cost, part number and/or item description.

NON-OBSERVATION AND NON-COMPLIANCE WITH THE PROVISIONS UNDER SECTION 1 AND 2 ABOVE WILL RESULT IN A RETURN OF YOUR INVOICE AND A DELAY IN PAYMENT, WHICH DELAY SHALL BE EXEMPTED FROM THE DETERMININATION OF TIMELY PAYMENT PURSUANT TO THE PURCHASE ORDER.

### 3. BANK ACCOUNT AUTHENTICATION

Faraday Future recommends always mentioning your accurate bank account data on your invoices. If wiring instructions are not included in the invoice, please submit complete wiring instructions (including beneficiary account name, beneficiary account number, bank routing number and address). Please be mindful to include any additional information specific to your country's processing needs.

### 4. FF INVOICING & SUPPLIER INQUIRIES

If you require any further information or support, please do not hesitate to contact us at:
Email: invoicing@ff.com          Telephone: 424 295-2651
A representative will be in contact within 48 hours.



# SUPPLIER SHIPPING ROUTING GUIDE
# AND PACKAGING INFORMATION

Please reference your FaradayFuture (FF) Purchase Order (PO) INCO Term; this will determine which party is responsible for freight and risk transfer.

If noted as EXW (ExWorks), FCA (Free Carrier), or FOB (Free On Board) in INCO Terms section of PO - FF will be responsible for freight. In these cases, supplier must utilize below link to request freight and/or small parcel pickup.

http://b2b.chrobinson.com/sites/faraday/SitePages/Home.aspx

Reference the User Guide (how-to) manual within portal should you have questions regarding site usage.

Required data fields are noted with an asterisk (*). Please ensure all data is verified before submitting.

Each request needs to include FF PO#, FF part number (if applicable) or Manufacturer/Supplier part number, description of goods, and FF Buyer/Requester name as Destination contact.

Upon submission of shipping request a FF# (Faraday Shipping Order Confirmation number) will be generated and you will receive an auto-email acknowledgement.

Ensure to use upload function of auto-email confirmation to attach your Packing List. If an international shipment, a Commercial Invoice (CI) or Proforma Invoice must be provided for each shipment.

Invoice must include FF PO#, FF Part number (if applicable) or Manufacturer/Supplier part number, description of goods, value, curreny of sale, country of origin (COO), Harmonized Tariff Schedule (HTS) and FF Buyer/Requestor name as Destination contact. Supplier needs to use their system generated invoice. If not available, there is a downloadable invoice template located on portal.

Ensure to physically enclose the hardcopy of Packing List(s) and FF# (Faraday Shipping Order Confirmation) with freight.

Additionally, please ensure to follow FF's Packaging requirements for Gamma (all Pre-Production) and/or Production part shipments. Our domestic and international packaging manuals are also located on shipping portal. Direct any *packaging specific questions* to LogisticsPackaging@ff.com.

Thank you!



# P.O. TERMS

1. **Applicability.** The purchase order ("P.O.") together with these terms and conditions, which are attached to or hyperlinked from the P.O., collectively constitute a binding agreement (these "P.O. Terms") between Buyer and Seller (and apply to all purchases of products ("Products") and services ("Services") and together with the Products, "Ordered Items") by Buyer from Seller, a) unless the Buyer and Seller already have a mutually executed written agreement covering the Ordered Items; or 2) until the Buyer and Seller enter into a mutually executed written Engineering Services Agreement, Production Terms and Conditions, or other written agreement covering the Ordered Items. Forecasts, to the extent any are provided by Buyer, are strictly non-binding on Buyer and may not be relied upon by Supplier. In the event of any conflict between these P.O. Terms and any other document or instrument submitted by Seller, these P.O. Terms will govern. These P.O. Terms will be deemed accepted by Seller unless Seller expressly rejects the P.O. within three (3) days of issuance. Buyer expressly limits acceptance of these P.O. Terms to the terms stated herein and does not automatically accept any alterations or modifications hereto. Any additional, different, or inconsistent terms or conditions contained in any form, acknowledgment, acceptance, or confirmation used by Seller in connection with the implementation of the P.O. are hereby objected to and rejected by Buyer; provided, however, that such proposal does not operate as a rejection of these P.O. Terms and these P.O. Terms shall be deemed accepted by the Seller without any additional, different or inconsistent terms.

2. Shipment and Delivery. All Products must be shipped in accordance with good distribution practices and the instructions on the P.O. or any other instructions provided by Seller. Expenses incurred due to failure to comply with these terms are the responsibility of Seller. Time is of the essence. Unless otherwise provided in the P.O., delivery terms are DDP Buyer's location designated on the face of the P.O. Title to and all risk of loss or damage to Products remains with Seller until receipt and acceptance by Buyer of conforming Products at the required destination in accordance with these P.O. Terms. Buyer may cancel any order if delivery is not made on time or if notice is given that a delivery is expected to be late. Buyer may reject any delivery or cancel all or any part of any P.O. if Seller fails to make delivery in conformity with the terms and conditions of these P.O. Terms including, without limitation, any failure of Products to conform to the specifications ("Specifications") and performance criteria provided by Seller for Products. Buyer may make changes in the scope or quantity of Ordered Items in which event an equitable adjustment will be made to any price, time of performance, and other provision of this P.O., where appropriate.

3. Prices; Payment. Prices and payment terms for all Ordered Items will be as stated in the P.O., and separately state all charges for packing, hauling, storage and transportation to point of delivery and all applicable federal, state, provincial and local taxes (including sales and use taxes). If Buyer advances any funds prior to delivery or performance of any Ordered Items, Seller will immediately refund such advances if such Ordered Items are not delivered or performed in accordance herewith.

4. Inspection/Testing. Payment for the Ordered Items does not constitute acceptance thereof. Buyer has the right to inspect within a reasonable period of time all Ordered Items and to reject any or all Ordered Items that are in Buyer's judgment defective or nonconforming.

5. Confidentiality. Any specifications, drawings, sketches, models, samples, tools, technical information, methods, processes, techniques, shop practices, plans, know-how, trade secrets, or data, written, oral or otherwise, furnished to Seller under, or in contemplation of, these P.O. Terms (collectively, the "Confidential Information"), remain Buyer's property. All copies of such Confidential Information, in written, graphic or other tangible form, must be immediately returned to Buyer upon its request and otherwise upon cancellation, termination or completion of this P.O.. The Confidential Information shall be kept confidential by Seller, shall be used only in the fulfillment of P.O.s, or in performing Seller's obligations under these P.O. Terms, and may not be disclosed or used for any other purpose without Buyer's express written consent.

6. **Proprietary Rights.**

(a)   Ownership.  Each party retains exclusive ownership of its rights in and to copyrights, trade secrets, trademarks (and related goodwill), mask works, patents, and other intellectual property rights therein and other similar designations arising in any jurisdiction throughout the world and all related rights of priority under international conventions with respect thereto, including all pending and future applications and registrations therefor, and continuations, divisions, continuations-in-part, reissues, extensions, and renewals thereof (collectively, "IP Rights"); provided that Seller hereby irrevocably assigns to Buyer all of Seller's right, title and interest in and to all IP Rights developed with respect to, or for incorporation into, the Ordered Items, that are either developed by Buyer alone, by Buyer and Seller jointly or by Seller alone in connection with these P.O. Terms ("Foreground IP Rights"). Any generic Products offered by Seller that do not include any Buyer IP Rights and that have not otherwise been customized or developed at the request of or uniquely for Buyer are considered to be part of Seller's IP Rights. Seller shall only use the Foreground IP Rights to produce and supply Products to and perform the Services for Buyer and its affiliates. Seller shall ensure that all Seller's affiliates and each of their respective personnel, officers, directors, partners, shareholders, attorneys, third-party advisors, successors and permitted assigns are bound by this section. Seller grants to Buyer and its affiliates an irrevocable, non-exclusive, worldwide, perpetual, royalty-free license, with the right to grant sublicenses, to use Seller's IP Rights and any third-party IP Rights included in the Ordered Items to produce, procure use, sell and to obtain, from alternate sources, products and services similar to the Ordered Items.

(b)   Prohibited Acts. Neither party shall (i) take any action that may interfere with the other Party's IP Rights; (ii) challenge any right, title or interest of the other party in such other party's IP Rights; (iii) make any claim or take any action adverse to such other party's ownership of its IP Rights; (iv) register or apply for registrations, anywhere in the world, the other party's trademarks or any other trademark that is similar to such other party's trademarks or that incorporates such trademarks in whole or in confusingly similar part; (v) use any mark, anywhere, that is confusingly similar to the other party's trademarks; (vi) misappropriate any of the other party's trademarks for use as a domain name without such other party's prior written consent; or (vii) alter, obscure or remove any of the other party's trademarks or trademark or copyright notices or any other proprietary rights notices placed on the Products purchased under these P.O. Terms, marketing materials or other materials.

7. Warranties. Seller represents and warrants that: (a) all Ordered Items and Seller's performance under these P.O. Terms will (i) conform to these P.O. Terms and all applicable drawings, specifications, descriptions, and samples furnished to or supplied by the Seller, (ii) be merchantable and free from defects in design, material, and workmanship, and (iii) be fit and safe for their intended purposes; (b) all Ordered Items (including packaging, labeling and documentation) are free from all liens and encumbrances and do not infringe upon or violate any intellectual property, right of privacy or other proprietary or property right of any third party; (c) it has the right to grant Buyer a license to any software embedded or incorporated into any Ordered Items; (d) all Services will be performed in a workmanlike manner; (e) Seller has and will maintain in effect licenses, permissions, authorizations, consents and permits needed to carry out its obligations under these P.O. Terms; (f) it has complied and shall comply with all laws applicable to its performance under these P.O. Terms; and (g) all Ordered Items shall be manufactured, labeled, shipped, stored and otherwise handled in strict compliance with all applicable laws, codes, ordinances, regulations, executive orders and industry standards, including but not limited to, all applicable anti-bribery and anti-corruption legislation including, but not limited to the U.S. Foreign Corrupt Practices Act of 1977, and all applicable export control, customs and foreign trade regulations, export list numbers, including the Export Control Classification Number according to the U.S. Commerce Control List (ECCN), along with any and all regulations, amendments and standards promulgated or adopted under any of the foregoing.

8. Termination. The term of these P.O. Terms begins upon Seller's acceptance and continues until Buyer's acceptance of the Ordered Items subject to the terms that survive termination of these P.O. Terms. Buyer may terminate these P.O. Terms in whole or in part upon written notice to Seller.

9. Indemnity. Seller shall defend, indemnify and hold harmless Buyer, its affiliates, officers, employees and agents, as well as all users of the Ordered Items, against all claims, damages, liability, losses, fines, or judgments, including costs, attorney fees, and other expenses, relating to or arising out of (a) Seller's breach of any representation, warranty, covenant or other provision of these P.O. Terms; (b) death or injuries to persons or property due to Seller's breach of any representation, warranty, covenant or other provision of these P.O. Terms; (c) the failure of the Products or Seller's performance of the Services to precisely comply with the requirements of these P.O. Terms, including the timely delivery of the Products or Services; or (d) actual or alleged infringement of a third party's intellectual property rights or a third party's other proprietary rights by any Products (including packaging, labeling and documentation) or Services.

10. Limitation of Liability. EXCEPT FOR SELLER'S INDEMNIFICATION OBLIGATIONS, GROSS NEGLIGENCE, INTENTIONAL MISCONDUCT, BREACH OF CONFIDENTIALITY OR SECTION 6 ABOVE, NEITHER SELLER NOR BUYER WILL BE LIABLE FOR LOST PROFITS, LOSS OF BUSINESS OR OTHER CONSEQUENTIAL, SPECIAL, INDIRECT OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY.

11. General. These P.O. Terms and all rights and duties under these P.O. Terms are governed by, and construed in accordance with, the laws of the State of California. The United Nations Convention on Contracts for the International Sale of Goods does not apply. Buyer shall have all rights and remedies granted it by the Uniform Commercial Code, without exclusion or limitation. Buyer's rights under these P.O. Terms are in addition to any other legal or equitable remedies it may have against Seller. Seller and Buyer consent to the exercise of jurisdiction over them by the courts in the State of California, and Seller and Buyer waive any objection to the assertion or exercise by such court of such jurisdiction. All notices to Buyer shall be sent via registered mail or nationally recognized courier service to: Faraday&Future Inc., Attn: Legal, 18455 S Figueroa St, Gardena, CA 90248. The invalidity of any provision contained in these P.O. Terms will not affect the validity of any other provision. Buyer's failure to insist upon strict performance by Seller of any term or condition or to exercise any right or privilege shall not waive, or be construed as a continuing waiver of, any such term, condition, right or privilege. These P.O. Terms may be amended or modified only by a written instrument signed by Buyer and Seller. Neither party shall not subcontract or assign its rights and obligations under these P.O. Terms, in whole or in part, without the other party's prior written consent. Seller agrees to pay all costs and expenses paid or incurred by Buyer in enforcing its rights under these P.O. Terms, including, without limitation reasonable attorney's fees and costs. Sections 1, and 4-11 shall survive termination of these P.O. Terms.

# EXHIBIT 3

# VANTAGE CAST EUROPE

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| INTESTATARIO |
| --- |
| **Costamp Group SpA** |
| **Via Verdi, 6** |
| **23844 SIRONE LC** |
| **ITALY** |

| DESTINAZIONE DELLA MERCE |
| --- |
| **Vantage Cast Europe S.r.l.** |
| **Via Sicilia 8** |
| **24060 CAROBBIO DEGLI ANGELI BG** |
| **ITALY** |

| COD. CLIENTE | CODICE FISCALE | PARTITA IVA | **ORDINE FORNITORE** | NUMERO DOUMENTO | DATA | N. PAG. |
| --- | --- | --- | --- | --- | --- | --- |
| F000016 | | IT01763310354 | | OF22_ACQ / **221000007** | **20/05/2022** | 1/1 |

| AGENTE | CONDIZIONI DI PAGAMENTO | BANCA |
| --- | --- | --- |
| | RBOUT - Ricevuta bancaria | |
| | 30 GG DF FM | |

| CODICE ARTICOLO | DESCRIZIONE ARTICOLO | QUANTITÀ | U/M | PREZZO UNITARIO | % SCONTO | TOT. RIGA | DATA CONSEGNA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ST000021 | P-00437876 HPDC Tooling P-0437876 Shock tower RH | 1,00 | Nr | 490.000,00 | | 490.000,00 | 30/11/22 |
| ST000016 | P-00437877 HPDC Tooling P-00437877 shock tower LH | 1,00 | Nr | 490.000,00 | | 490.000,00 | 30/11/22 |

| DESCRIZIONE SPESE | | IMPORTO NETTO | CODICE IVA | CODICE IVA | DESCRIZIONE IVA | IMPONIBILE | % IVA | IMPOSTA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 83 | Non imp. Art. 8/1 c acquisti | | 0,00 | |

| TOTALE MERCE | %SC. CASSA | IMPORTO SC. CASSA | TOTALE SPESE | TOTALE IMPONIBILE | TOTALE IVA | ANTICIPO | | TOTALE DOCUMENTO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 980.000,00 | | | | 980.000,00 | | | EUR | **980.000,00** |

SCADENZE RATE
30/11/2022    980.000,00

**VC** VANTAGE CAST EUROPE

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| INTESTATARIO |
| --- |
| **Costamp Group SpA** |
| **Via Verdi, 6** |
| **23844 SIRONE LC** |
| **ITALY** |

| DESTINAZIONE DELLA MERCE |
| --- |
| **Vantage Cast Europe S.r.l.** |
| **Via Sicilia 8** |
| **24060 CAROBBIO DEGLI ANGELI BG** |
| **ITALY** |

| COD. CLIENTE | CODICE FISCALE | PARTITA IVA | **ORDINE FORNITORE** | NUMERO DOUMENTO | DATA | N. PAG. |
| --- | --- | --- | --- | --- | --- | --- |
| F000016 | | IT01763310354 | | OF22_ACQ / **221000012** | **31/05/2022** | 1/1 |

| AGENTE | CONDIZIONI DI PAGAMENTO | BANCA |
| --- | --- | --- |
| | VEDI NOTE ORDINE | |

| CODICE ARTICOLO | DESCRIZIONE ARTICOLO | QUANTITÀ | U/M | PREZZO UNITARIO | % SCONTO | TOT. RIGA | DATA CONSEGNA |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ST000023 | P-00290511 HPDC Tooling P-002905111 Trq Box RR LH | 1,00 | Nr | 640.000,00 | | 640.000,00 | 15/12/22 |
| ST000018 | P-00290510 HPDC tooling P-00290510 Trq box RR RH | 1,00 | Nr | 640.000,00 | | 640.000,00 | 15/12/22 |
| | Consegna campionatura concordata entro il 15/12/2022 | | | | | | |
| | Pagamento: | | | | | | |
| | 30% ordine | | | | | | |
| | 50% consegna campioni | | | | | | |
| | 20% riba 60 GG | | | | | | |

| DESCRIZIONE SPESE | | IMPORTO NETTO | CODICE IVA | CODICE IVA | DESCRIZIONE IVA | | IMPONIBILE | % IVA | IMPOSTA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 83 | Non imp. Art. 8/1 c acquisti | | 0,00 | | |

| TOTALE MERCE | %SC. CASSA | IMPORTO SC. CASSA | TOTALE SPESE | TOTALE IMPONIBILE | TOTALE IVA | ANTICIPO | | TOTALE DOCUMENTO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1.280.000,00 | | | | 1.280.000,00 | | | EUR | **1.280.000,00** |

SCADENZE RATE
15/12/2022    1.280.000,00

# EXHIBIT 4

# VANTAGE
## CAST EUROPE

**HOLDER**
**Faraday & Future Inc.**
**18455 S. Figueroa St**
**90248 GARDENA CA**
**USA**

**DESTINATION OF THE GOODS**

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| CLIENT CODE | | VAT NUMBER | INVOICE | | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|---|
| C000007 | | | | | FC22_VEN / **221000039** | **29/11/2022** | 1/1 |

| AGENT | PAYMENT TERMS | BANK |
|---|---|---|
| | BBIN - Bank transfer | BANCO BPM |
| | INVOICE DATE | IT58Q0503454440000000000153 |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| SE000027 | Invoice for compensation of increases of steels for all the tools from January 2022 to steel order in July 2022 | 1,00 | Nr | 1.480.000,00 | | 1.480.000,00 | N9 |

| EXPENSE DESCRIPTION | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|
| | | | | N9 | Non imp. Art 8 1 a vendite | 1.480.000,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1.480.000,00 | | | | 1.480.000,00 | | | EUR | **1.480.000,00** |

**INSTALMENT EXPIRATION**
29/11/2022   1.480.000,00

# VANTAGE CAST EUROPE

**Vantage Cast Europe  S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| HOLDER |
|---|
| **Faraday & Future Inc.** |
| **18455 S. Figueroa St** |
| **90248 GARDENA CA** |
| **USA** |

DESTINATION OF THE GOODS

| CLIENT CODE | | VAT NUMBER | **INVOICE** | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|
| C000007 | | | | FC22_VEN / **221000040** | **29/11/2022** | 1/1 |

| AGENT | PAYMENT TERMS | BANK |
|---|---|---|
| | BBIN - Bank transfer | BANCO BPM |
| | 50% CONSEGNA + 20% 60 GG | IT58Q0503454440000000000153 |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| | ORDINE N.4100000644 | | | | | | |
| ST000024 | HPDC Tooling P-00290238 Hinge PIllar LH HPDC Tooling P-00290238 Hinge PIllar LH | 1,00 | Nr | 441.000,00 | | 441.000,00 | N9 |

| EXPENSE DESCRIPTION | | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | N9 | Non imp. Art 8 1 a vendite | 308.700,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 441.000,00 | | | | 308.700,00 | | 132.300,00 | EUR | **308.700,00** |

INSTALMENT EXPIRATION
29/11/2022  220.500,00      29/01/2023  88.200,00

# VC≡
## VANTAGE
### CAST EUROPE

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| HOLDER |
|---|
| **Faraday & Future Inc.** |
| **18455 S. Figueroa St** |
| **90248 GARDENA CA** |
| **USA** |
| DESTINATION OF THE GOODS |

| CLIENT CODE | | VAT NUMBER | **INVOICE** | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|
| C000007 | | | | FC22_VEN / **221000041** | **29/11/2022** | 1/1 |

| AGENT | PAYMENT TERMS | BANK |
|---|---|---|
| | BBIN - Bank transfer | BANCO BPM |
| | 50% CONSEGNA + 20% 60 GG | IT58Q0503454440000000000153 |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| | ORDINE N.4100000644 | | | | | | |
| ST000019 | HPDC Tooling P-01342537 Reinf C-Pillar LH | 1,00 | Nr | 441.000,00 | | 441.000,00 | N9 |
| | HPDC Tooling P-01342537 Reinf C-Pillar LH | | | | | | |

| EXPENSE DESCRIPTION | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|
| | | | | N9 | Non imp. Art 8 1 a vendite | 308.700,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 441.000,00 | | | | 308.700,00 | | 132.300,00 | EUR | **308.700,00** |

INSTALMENT EXPIRATION
29/11/2022  220.500,00    29/01/2023  88.200,00

# VC≡
## VANTAGE
### CAST EUROPE

| | HOLDER |
|---|---|
| | **Faraday & Future Inc.** |
| | **18455 S. Figueroa St** |
| | **90248 GARDENA CA** |
| | **USA** |

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

**DESTINATION OF THE GOODS**

| CLIENT CODE | | VAT NUMBER | **INVOICE** | | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|---|
| C000007 | | | | | FC23_VEN / **231000001** | **13/01/2023** | 1/1 |

| AGENT | PAYMENT TERMS | | BANK | |
|---|---|---|---|---|
| | BBIN - Bank transfer | | BANCO BPM | |
| | 50% CONSEGNA + 20% 60 GG | | IT58Q0503454440000000000153 | |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| | PO N.4100000644 | | | | | | |
| ST000015 | HPDC Tooling P-01543259 Rear Chrg PRT LH | 1,00 | Nr | 202.000,00 | | 202.000,00 | N9 |
| | HPDC Tooling P-01543259 Rear Chrg PRT LH | | | | | | |

| EXPENSE DESCRIPTION | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|
| | | | | N9 | Non imp. Art 8 1 a vendite | 141.400,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 202.000,00 | | | | 141.400,00 | | 60.600,00 | EUR | **141.400,00** |

**INSTALMENT EXPIRATION**
13/01/2023  101.000,00    13/03/2023  40.400,00

# VC=
## VANTAGE
### CAST EUROPE

**Vantage Cast Europe  S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| HOLDER |
|---|
| **Faraday & Future Inc.** |
| **18455 S. Figueroa St** |
| **90248 GARDENA CA** |
| **USA** |

DESTINATION OF THE GOODS

| CLIENT CODE | | VAT NUMBER | **INVOICE** | | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|---|
| C000007 | | | | | FC23_VEN / **231000002** | **13/01/2023** | 1/1 |

| AGENT | PAYMENT TERMS | BANK |
|---|---|---|
| | BBIN - Bank transfer | BANCO BPM |
| | 50% CONSEGNA + 20% 60 GG | IT58Q0503454440000000000153 |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| | PO N.4100000644 | | | | | | |
| ST000020 | HPDC Tooling P-01543258 rear chrg PRT RH | 1,00 | Nr | 202.000,00 | | 202.000,00 | N9 |
| | HPDC Tooling P-01543258 rear chrg PRT RH | | | | | | |

| EXPENSE DESCRIPTION | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|
| | | | | N9 | Non imp. Art 8 1 a vendite | 141.400,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 202.000,00 | | | | 141.400,00 | | 60.600,00 | EUR | **141.400,00** |

INSTALMENT EXPIRATION
13/01/2023   101.000,00      13/03/2023   40.400,00

# VC

## VANTAGE
### CAST EUROPE

**Vantage Cast Europe  S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| HOLDER |
|---|
| **Faraday & Future Inc.** |
| **18455 S. Figueroa St** |
| **90248 GARDENA CA** |
| **USA** |

DESTINATION OF THE GOODS

| CLIENT CODE | | VAT NUMBER | **INVOICE** | | DOCUMENT NUMBER | DATE | PAGE N. |
|---|---|---|---|---|---|---|---|
| C000007 | | | | | FC22_VEN / **221000045** | **21/12/2022** | 1/1 |

| AGENT | PAYMENT TERMS | BANK |
|---|---|---|
| | BBIN - Bank transfer | BANCO BPM |
| | 50% CONSEGNA + 20% 60 GG | IT58Q0503454440000000000153 |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
|---|---|---|---|---|---|---|---|
| | ORDINE N.4100000644 | | | | | | |
| ST000014 | HPDC Tooling P-01342538 Reinf-C-Pillar RH | 1,00 | Nr | 441.000,00 | | 441.000,00 | N9 |
| | HPDC Tooling P-01342538 Reinf-C-Pillar RH | | | | | | |

| EXPENSE DESCRIPTION | | NET AMOUNT | VAT CODE | VAT CODE | VAT DESCRIPTION | RATEABLE AMOUNT | VAT % | TAX |
|---|---|---|---|---|---|---|---|---|
| | | | | N9 | Non imp. Art 8 1 a vendite | 308.700,00 | 0,00 | 0,00 |

| GOODS TOTAL | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE | VAT TOTAL | DEPOSIT | | DOCUMENT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 441.000,00 | | | | 308.700,00 | | 132.300,00 | EUR | **308.700,00** |

INSTALMENT EXPIRATION
21/12/2022  220.500,00      21/02/2023  88.200,00

**VANTAGE CAST EUROPE**

**Vantage Cast Europe S.r.l.**
Sede Legale: Via Torquato Tasso, 109 | 24121 Bergamo (BG)
Sede Operativa: Via Sicilia, 8 | 24060 Carobbio Degli Angeli (BG)
P.IVA-C.F. 04392060168
Capitale Sociale € 10.000,00
T. 035.19910007 | F. 035.0590082
info.europe@vantageproducts.net

| HOLDER |
| --- |
| **Faraday & Future Inc.**<br>**18455 S. Figueroa St**<br>**90248 GARDENA CA**<br>**USA** |

DESTINATION OF THE GOODS

| CLIENT CODE<br>C000007 | | VAT NUMBER | **INVOICE** | DOCUMENT NUMBER<br>FC22_VEN / **221000046** | DATE<br>**27/12/2022** | PAGE N.<br>1/1 |
| --- | --- | --- | --- | --- | --- | --- |
| AGENT | | PAYMENT TERMS<br>BBIN - Bank transfer<br>50% CONSEGNA + 20% 60 GG | | BANK<br>BANCO BPM<br>IT58Q0503454440000000000153 | | |

| ITEM CODE | ITEM DESCRIPTION | QUANTITY | UOM | UNIT PRICE | % DISCOUNT | LINE TOT. | VAT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | ORDINE N.4100000644 | | | | | | |
| ST000025 | HPDC Tooling P-00290328 Hinge PIllar RH HPDC<br>Tooling P-002900328 Rein Hinge PLR RH | 1,00 | Nr | 441.000,00 | | 441.000,00 | N9 |

| EXPENSE DESCRIPTION | | | NET AMOUNT | VAT CODE | VAT CODE<br>N9 | VAT DESCRIPTION<br>Non imp. Art 8 1 a vendite | | RATEABLE AMOUNT<br>308.700,00 | VAT %<br>0,00 | TAX<br>0,00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| GOODS TOTAL<br>441.000,00 | %SETTLEMENT DISC. | SETTLEMENT DISC. AMOUN | EXPENSE AMOUNT | TOT. RATEABLE<br>308.700,00 | VAT TOTAL | DEPOSIT<br>132.300,00 EUR | DOCUMENT TOTAL<br>**308.700,00** |
| --- | --- | --- | --- | --- | --- | --- | --- |

INSTALMENT EXPIRATION
27/12/2022  220.500,00      27/02/2023  88.200,00

**PROOF OF SERVICE**

***COSTAMP GROUP S.r.l v. FARADAY FUTURE INTELLIGENT, etc.***
**2:25-cv-04531-SB-MBK**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

    On July 17, 2025, I served true copies of the following document(s) described as

- **FIRST AMENDED COMPLAINT FOR:  1. BREACH OF CONTRACT; 2. ACCOUNT STATED; 3.  QUANTUM MERUIT AND RESTITUTION**

on the interested parties in this action as follows:

| | |
|---|---|
| Damian J. Martinez (SBN 200159)<br>LEECH TISHMAN NELSON HARDIMAN, INC.<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024<br>Telephone:  424.738.4400<br>Facsimile:  424.738.5080<br>Email:  dmartinez@leechtishman.com | *Attorneys for Defendant*<br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC. |

**·**     **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on July 17, 2025, at Los Angeles, California.

                                 *_/s/ Verastine Mills_*
                                   Verastine Mills