Anne K. Edwards (SBN #110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street, Suite 1700
Los Angeles, California 90071
Telephone:  (213) 358-7200
Facsimile:   (213) 358-7300
Email: *aedwards@sgrlaw.com*

Peter Silverman (Pro Hac Vice)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone:  (312) 264-1004
Facsimile:   (312) 264-2624
Email: *psilverman@sgrlaw.com*

Attorneys for Plaintiff,
COSTAMP GROUP S.r.l.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAMP GROUP S.r.l., a foreign corporation, as assignee of Vantage Cast Europe, S.r.l.,<br><br>            Plaintiff,<br><br>    vs.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC., a Delaware corporation, FARADAY&FUTURE INC., a California corporation,<br><br>            Defendants. | Case No.  2:25-cv-04531-SB-MBK<br><br>**PLAINTIFF'S AMENDMENT TO SECTION 9(e) OF THE JOINT RULE 26(f) REPORT**<br><br>*Honorable Stanley Blumenfeld, Jr.* |

Plaintiff, Costamp Group S.r.l. ("Plaintiff or "Costamp"), by and through its undersigned counsel, hereby files this amendment to section 9(e) of the Joint Rule 26(f) Report for the purpose of changing Plaintiff's designated lead counsel to Anne K. Edwards, rather than having Anne K.

1

**PLAINTIFF'S AMENDMENT TO SECTION 9(e) OF THE JOINT RULE**

1   Edwards and Peter Silverman both serve as co-lead counsel.

DATED: July 31, 2025                    SMITH, GAMBRELL & RUSSELL, LLP

                                        By:   */s/ Anne K. Edwards*
                                                 Anne K. Edwards
                                        Attorneys for PLAINTIFF, COSTAMP
                                        GROUP, S.R.L.

SMITH, GAMBRELL & RUSSELL, LLP
444 SOUTH FLOWER STREET, SUITE 1700
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: 213 358-7200

**PLAINTIFF'S AMENDMENT TO SECTION 9(e) OF THE JOINT RULE**

# PROOF OF SERVICE

***COSTAMP GROUP S.r.I v. FARADAY FUTURE INTELLIGENT, etc.***
**2:25-cv-04531-SB-MBK**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On July 31, 2025, I served true copies of the following document(s) described as

- **PLAINTIFF'S AMENDMENT TO SECTION 9(e) OF THE JOINT RULE 26(f) REPORT**

on the interested parties in this action as follows:

| | |
|---|---|
| Damian J. Martinez (SBN 200159)<br>Matthew Mocciaro, Paralegal<br>LEECH TISHMAN NELSON HARDIMAN, INC.<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024<br>Telephone:  424.738.4400<br>Facsimile:  424.738.5080<br>Email:  dmartinez@leechtishman.com<br>Email:  mmocciaro@leechtishman.com | *Attorneys for Defendant*<br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC. |

• **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2025, at Los Angeles, California.

*/s/ Verastine Mills*
Verastine Mills