Anne K. Edwards (SBN #110424)
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street, Suite 1700
Los Angeles, California 90071
Telephone:   (213) 358-7200
Facsimile:   (213) 358-7300
Email: *aedwards@sgrlaw.com*

Peter Silverman (Pro Hac Vice)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone:   (312) 264-1004
Facsimile:   (312) 264-2624
Email: *psilverman@sgrlaw.com*
Attorneys for Plaintiff,
COSTAMP GROUP S.r.l.

Damian J. Martinez (SBN # 200159)
**LEECH TISHMAN NELSON HARDIMAN, INC.**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Attorneys for Defendants,
FARADAY FUTURE INTELLIGENT ELECTRIC, INC., A Delaware corporation
FARADAY&FUTURE INC., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAMP GROUP S.r.l., a foreign corporation, as assignee of Vantage Cast Europe, S.r.l., <br><br> Plaintiff, <br><br> vs. <br><br> FARADAY FUTURE INTELLIGENT ELECTRIC, INC., a Delaware corporation, FARADAY&FUTURE INC., a California corporation, <br><br> Defendants. | Case No.  2:25-cv-04531-SB-MBK <br><br> STIPULATION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE AND FOR COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF SETTLEMENT AGREEMENT <br><br> (FRCP 41(a)(2)) <br> *Honorable Stanley Blumenfeld, Jr.* |

WHEREAS, in or about October 7, 2025, the plaintiff COSTAMP GROUP S.r.l., a foreign corporation ("Plaintiff") and the defendants, FARADAY FUTURE INTELLIGENT ELECTRIC, INC., a Delaware corporation, and FARADAY&FUTURE INC., a California corporation (jointly, the "Defendants" and collectively with the "Plaintiff," referred to herein as the "Parties") participated in a settlement conference before the Honorable Magistrate Judge Michael B. Kaufman at which time the Parties agreed to a settlement of the First Amended Complaint filed in this action (the "Action"). A statement of the terms of the confidential settlement agreement was read into the record (the "Settlement Agreement"), which included an agreement of the parties that the court retain jurisdiction over the performance and enforcement of the Settlement Agreement pending its completion.

WHEREAS, it is hereby now stipulated that pursuant to Fed. R. Civ. P. 41(a)(2) the Court hereby dismiss this Action without prejudice, with each side to bear its own costs and fees, and that the Court retain jurisdiction over the enforcement of the Settlement Agreement pending its completion.

Dated: October 13, 2025            SMITH, GAMBRELL & RUSSELL, LLC

By: /s/ *Anne K. Edwards*
Peter Silverman
Anne K. Edwards
Attorneys for Plaintiff, COSTAMP GROUP S.r.l., a foreign corporation

Dated: October 13, 2025

**LEECH TISHMAN NELSON HARDIMAN, INC.**

By: */s/ Damian J. Martinez*
Damian J. Martinez
Attorneys for Defendants,
FARADAY FUTURE INTELLIGENT ELECTRIC, INC., a Delaware corporation, and FARADAY&FUTURE INC., a California corporation

*Local Rule 5-4.3.4(a)(2)(i) Attestation*

The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          */s/ Anne K. Edwards*
Anne K. Edwards

# PROOF OF SERVICE

***COSTAMP GROUP S.r.I v. FARADAY FUTURE INTELLIGENT, etc.***
**2:25-cv-04531-SB-MBK**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 1700, Los Angeles, CA 90071-2901.

On October 14, 2025, I served true copies of the following document(s) described as:

- **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE AND FOR COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF SETTLEMENT AGREEMENT**

- **STIPULATION FOR DISMISSAL OF FIRST AMENDED COIMPLAINT WITHOUT PREJUDICE AND FOR COURT TO RETAIN JURISDICTION OVER ENFORCEMENT OF SETTLEMENT AGREEMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Damian J. Martinez (SBN 200159)<br>Matthew Mocciaro, Paralegal<br>LEECH TISHMAN NELSON HARDIMAN, INC.<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA  90024<br>Telephone:  424.738.4400<br>Facsimile:  424.738.5080<br>Email:  dmartinez@leechtishman.com<br>Email:  mmocciaro@leechtishman.com | *Attorneys for Defendant*<br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC. and<br>FARADAY&FUTURE INC. |

• **BY MAIL**:  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Smith, Gambrell & Russell, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

• **BY E-MAIL OR ELECTRONIC TRANSMISSION**:  I caused a copy of the document(s) to be sent from e-mail address vmills@sgrlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

1       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on October 14, 2025, at Los Angeles, California.

                                  */s/ Verastine Mills*
                                  Verastine Mills