JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAMP GROUP S.r.l.,,<br><br>            Plaintiff,<br><br>  vs.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC, INC.,<br><br>            Defendants. | Case No. 2:25-cv-04531-SB-MBK<br><br>ORDER OF DISMISSAL |

Pursuant to the Parties' stipulation, the First Amended Complaint filed by Plaintiff, Costamp Group S.r.l., on July 17, 2025 against Defendants Faraday Future Intelligent Electric, Inc., is hereby dismissed without prejudice.

Dated: October 16, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge